# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> WILLIAM DONATO LABOY (DECEASED) <br><br> MARIA L DONATO DE LABOY <br><br><br><br> XXX-XX-8097 <br><br> XXX-XX-5985 <br><br><br><br> Debtor(s) | CASE NO. 10-04838 BKT <br><br> Chapter 7 <br><br><br><br><br><br><br><br> **FILED & ENTERED ON 07/08/2011** |

## ORDER

The motion requesting entry of order filed by Debtor (docket #40) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 08 day of July, 2011.

/s/ Brian K. Tester
Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    WILFREDO SEGARRA MIRANDA